# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JUAN CARLOS CORDOVA-SARAVIA, a/k/a Juan Cordova, a/k/a Juan Carlos Cordova | ) ) ) ) ) ) | Case No. 1:18-mj-0480 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 1, 2018** in the county of **Marion** in the **Southern** District of **Indiana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry of a previously deported alien |
| 18 U.S.C. § 922(g)(5) | Unlawful possession of a firearm by an alien illegally or unlawfully in the United States |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Jason C. Rodrigues, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/09/2018

*Judge's signature*

City and state: Indianapolis, IN

Debra McVicker Lynch, U.S. Magistrate Judge
*Printed name and title*

# **AFFIDAVIT**

Your Affiant, Jason C. Rodriguez, is employed by the Homeland Security Investigations, United States Department of Homeland Security. I have been so employed for approximately (18) years. Prior to my employment as a Special Agent, I was employed as an Inspector with the Immigration and Naturalization Service on the International border at the San Luis, AZ port of entry.

1. I am a sworn Federal agent empowered under the laws of the United States to investigate violations of Federal firearm and Immigration laws and have focused attention on the detection and apprehension of individuals violating both Federal and State laws.

2. Your Affiant is currently involved in an investigation regarding illegal re-entry of a previously deported alien and the possession of a firearm by Juan Carlos CORDOVA-Saravia ("CORDOVA-Saravia"), aka Juan CORDOVA, aka Juan Carlos CORDOVA, who is an alien illegally or unlawfully in the United States. Based upon this investigation, your Affiant has probable cause to believe CORDOVA-Saravia violated Title 8, United States Code, Section 1326(a), illegal re-entry of a previously deported alien and Title 18, United States Code, Section 922(g)(5), unlawful possession of a firearm by an alien illegally or unlawfully in the United States.

3. Your Affiant's probable cause is based on the information set forth in the following paragraphs which is either known personally to your Affiant, or has been related to your Affiant by law enforcement personnel within the Indianapolis Metropolitan Police Department (IMPD) and Bureau of Alcohol, Tobacco, Firearms and Explosives (BATF).

4. On April 1, 2018, Officer Bellows, Officer Tryba, Officer Tharp and Officer Andrade, of the Indianapolis Metropolitan Police Department (IMPD), were dispatched to a disturbance investigation at 950 North Olney Street, Indianapolis, Indiana 46201.

5. When the Officers arrived, CORDOVA-Saravia's girlfriend of four years told Officer Bellows that she wanted to remove her personal belongings from the house and CORDOVA-Saravia had threatened to "blow her head off" if she ever left him. The girlfriend further stated the firearm was in his bedroom.

6. Officer Bellows entered the residence with the girlfriend to remove her personal belongings.

7. While the girlfriend was gathering her personal belongings, Officer Bellows could see CORDOVA-Saravia asleep on a bed and a single barrel shotgun leaning up against the wall in plain view in the bedroom. The single barrel shotgun was determined to be a Savage Arms, Stevens Model 94 Series M, 20-gauge, serial number P660708 ("Shotgun").

8. The Shotgun was loaded with one live Western Xpert Mark 5, 20-gauge shotshell.

9. CORDOVA-Saravia's mother was also present during the disturbance investigation. CORDOVA-Saravia's mother told Officer Andrade she is the owner of the home and gave verbal consent for Officers to search the bedroom for additional firearms.

10. Officer Bellows recovered the Shotgun from the residence for safekeeping at the IMPD Property Room, 50 North Alabama Street, Room E100, Indianapolis, Indiana 46204.

11. After Officers and CORDOVA-Saravia's girlfriend had exited the residence, CORDOVA-Saravia exited the residence near the Officers and CORDOVA-Saravia's girlfriend. CORDOVA-Saravia was told his girlfriend was leaving and the Shotgun in his bedroom was recovered for safekeeping.

12. CORDOVA-Saravia stated the Shotgun was his and was okay with that and further stated "F—k her", "If she leaves, she leaves", "I ain't stopping her." "I've never done anything to her."

13. CORDOVA-Saravia was in possession of a counterfeit Form I-551 (Permanent Resident Alien Card), in the name of Juan Carlos CORDOVA, July 27, 1988, A093 219 640.

14. During the disturbance investigation, your Affiant was provided a picture of the form I-551.

15. Your affiant determined the alien number on the Form I-551 is not assigned to CORDOVA-Saravia and U.S. Citizenship and Immigration Services (USCIS) has not issued CORDOVA-Saravia a Form I-551.

16. On April 17, 2018, your Affiant reviewed CORDOVA-Saravia's alien file, A088 883 478. CORDOVA-Saravia is a citizen and national of Mexico by birth on July 27, 1988. On February 18, 2010, CORDOVA-Saravia was arrested by Homeland Security Investigations (HSI) Indianapolis Special Agents and placed in removal proceedings. On March 24, 2010, CORDOVA-Saravia was ordered removed from the United States to Mexico at Chicago, Illinois. On April 6, 2010, CORDOVA-Saravia was removed from the United States to Mexico at the Brownsville, Texas port of entry. At the time of his removal to Mexico at Brownsville, Texas, CORDOVA-Saravia was served form I-296 (Notice to Alien Ordered Removed/Departure Verification). This form notified CORDOVA-Saravia was prohibited from entering, attempting to enter, or being in the United States for a period of 10 years from the date of removal from the United States.

17. On April 20, 2018, your Affiant and HSI Taskforce Officer (TFO) Wilkerson interviewed CORDOVA-Saravia's girlfriend. She stated CORDOVA-Saravia had owned the

shotgun since CORODOVA-Saravia's father passed away in 2016 and that CORDOVA-Saravia kept the shotgun loaded and in the bedroom.

18. CORDOVA-Saravia has not received a benefit from U.S. Citizenship and Immigration Services that would allow CORDOVA-Saravia to lawfully possess a firearm in the United States.

19. Department of Homeland Security records show that CORDOVA-Saravia did not have permission from the Attorney General of the United States, or his successor, the Secretary of Homeland Security, or any designee, to renter the United States following his deportation.

20. Your Affiant knows from his training and experience and confirmed with BATF Special Agent (SA) Clancy that the above listed firearm is manufactured outside the State of Indiana and by virtue of its presence in the State of Indiana it would have had to have traveled in interstate or foreign commerce. Further, SA Clancy conducted a test fire of the above listed firearm possessed by CORDOVA-Saravia and found that it is fully functional and capable of expelling a projectile by means of an explosion.

Jason C. Rodriguez
Special Agent
United States Department of Homeland Security,
Homeland Security Investigations

Subscribed and sworn to me before this 9th day of May, 2018, at Indianapolis, Indiana.

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana